IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGORY HEWITT, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. |
| V. | § | |
| | § | 3:07-CV-1038-K |
| MICHAEL O. LEAVITT, SECRETARY | § | |
| OF THE DEPARTMENT OF HEALTH | § | |
| AND HUMAN SERVICES, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Dismiss (Doc. No. 9). The Court **GRANTS** the motion. The Court finds that it lacks subject matter jurisdiction because Plaintiffs' claims are not ripe. Accordingly, Plaintiffs' claims are dismissed *without prejudice*.

**SO ORDERED.**

Signed December 2nd, 2007

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE